PAUL H. ACHITOFF      #5279
EARTHJUSTICE
223 South King Street, Suite 400
Honolulu, Hawai`i 96813-4501
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: achitoff@earthjustice.org

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAI‘I

| | |
|---|---|
| TURTLE ISLAND RESTORATION NETWORK and CENTER FOR BIOLOGICAL DIVERSITY, | ) CIVIL NO. 12-00594 SOM RLP ) ) (OTHER CIVIL ACTION) |
| Plaintiffs, | ) ) DECLARATION OF MICHAEL ) KAVANAUGH, Ph.D. |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; REBECCA BLANK, in her official capacity as Acting Secretary of Commerce; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; and J.M.R. Jewell in her official capacity as Secretary of the Interior; | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF MICHAEL KAVANAUGH, Ph.D.

I, Michael Kavanaugh, submit this Declaration pursuant to 28 U.S.C. § 1746.

1.      I am over the age of twenty-one, suffer no legal disability and am competent to make this Declaration.  The statements made here are true and correct and based on my personal knowledge.

2.      My name is Michael Kavanaugh.  I am an economist in private practice at 19-4231 Road E, Volcano, Hawai'i, 96785-1228.

3.      I hold a Ph.D. in economics from the University of Cincinnati (1975) and a BA in economics from Xavier University (1970).  I have taught economics at the University of Cincinnati and at Northern Kentucky University.  For over thirty-five years, I have worked as an economist for a variety of clients including the U.S. Department of Justice, the U.S. Environmental Protection Agency, the U.S. Department of the Interior, the States of Ohio, California, and Alaska, citizen groups, and private industry.  I have been qualified as an expert in Federal court in financial and economic matters many times.  Exhibit 1 is a copy of my resume with a listing of federal testimony.

4.      Counsel for Earthjustice asked me to review the portions of the administrative record for this civil action apposite to the claim by the National Marine Fisheries Service that a beneficial spillover effect is reasonably certain to occur if the interaction caps for endangered turtles are increased in the Western

Pacific pelagic fishery for the Hawai'i-based swordfish fleet.[1]  According to the

National Marine Fisheries Service, this spillover will be of a size such that there

will be a net decrease in the number of endangered leatherback and loggerhead sea

turtles caught in longline fisheries in the North and Central Pacific.  Below, I argue

that this opinion is not supported to the degree of being reasonably certain because

the studies the opinion relies on mischaracterize the supply of swordfish, and

assume, rather than establish, a response to regulation.

5.      In economics, a spillover effect may occur if: (1) there is an industry

with firms in different regions (nations) that face different production constraints;

and (2) there is a change in a constraint (*e.g.*, a regulation) that occurs in one nation

but not in all; then, there may be repercussions for firms in the other nations.

Within economics these repercussions are often referred to as spillover effects.

6.      Swordfish are caught and sold by different fleets (*e.g.*, Hawai'i-based

and international) that are subject to different constraints.  As a targeted species

swordfish are caught on shallow-set long lines and swordfish are incidentally

caught along with other targeted species – primarily tuna – on deep-set long lines.

Once a swordfish is incidentally caught the economic decision is whether to retain

---

[1] Endangered Species Act, Biological Opinion January 20, 2012, at N000074.

2

and sell or to discard.[2]

7.     The different fleets, fishing methods and fate of the incidental catch makes the existence of a spillover possible.  These factors may also influence its size.  To opine beyond the merely possible, however, requires additional analysis.

8.     If the National Marine Fisheries Service wants to establish the existence of a beneficial spillover effect from regulating aspects of swordfish fishing by the Hawai'i-based fleet then, at a minimum, it must conduct studies or rely on studies that: (1) describe each segment of the industry by size of catch and gear used; (2) establish the response of each segment of the international fleet (the shallow-set, targeted segment plus the deep-set, incidental catch segment) to a change in regulation (*i.e.*, a change in the Hawai'i-based fleet's turtle interaction cap); and (3) estimate the size of the spillover effect.

9.     The National Marine Fisheries Service did not do this.  It did not conduct its own studies.  It relied on economic analyses that considered only one segment of the international fleet (the targeted, shallow-set segment), and analyses that assumed a response to regulation, rather than analyses that established a response.

---

[2] The record does show that the Hawai'i-based fleet that targets tuna had in 2005 an incidental catch of swordfish and kept approximately 83% of the catch and discarded 17%.  There were seasonal variations in the share retained or discarded. *See* N008341, N008344, N008347, N008350.

10.     Presently, the National Marine Fisheries Service opines that its proposed action is not likely to jeopardize the continued existence of certain endangered species of turtles.[3]  In forming this opinion the National Marine Fisheries Service found that although the direct effect of increasing the interaction cap would be to increase hookings and entanglements of endangered turtles by the Hawai'i-based fleet, there was a *reasonably certain* beneficial spillover effect.[4]  Namely, there would be an expected future decrease in interactions with turtles by (some) vessels in the international fleet.  This decrease in interactions would offset the increase in interactions by vessels in the Hawai'i-based fleet.  The National Marine Fisheries Service based its belief in a beneficial spillover effect on economic studies that looked at one segment of the international fleet.  This segment targets swordfish; it uses shallow sets; and, some vessels have higher interaction rates for turtles.[5]  All of this is true.  But, it is not enough.  Their

---

[3] N000132.

[4] N000079.

[5] Data on interactions with turtles by the international fleet are usually self-reported at irregular intervals.  Interaction rates vary with the type of hook and bait.  The variation among interaction rates can bring about large differences in the estimated number of turtles hooked or entangled.  So the choice of a summary measure of interaction rates is important.  Chan and Pan (N001756) (Chan) reports at p.15 summary measures of bycatch rates for a segment of the international fleet. The estimated number of turtles hooked or entangled varied by a factor of two. *See*, *Spillover effects of environmental regulation for sea turtle protection: the case of the Hawai'i shallow-set long line fishery*, January 2012, NOAA Technical Memorandum NMFS-PIFSC-30.

argument is: Allowing an increase in fishing effort by one segment may cause a decrease in fishing effort in another segment.  So total interactions with turtles may decrease.[6]  But, a key question not answered in the administrative record is:  Will the expansion of the Hawai'i-based fleet that targets swordfish using more turtle-friendly gear *in fact* induce a decline in the swordfish caught by the *entire* international fleet (incidentally caught plus the targeted catch)?  The analyses relied on by the National Marine Fisheries Service do not answer this question.

11.    The National Marine Fisheries Service's finding of a reasonably certain beneficial spillover effect depends, *inter alia*, on the theory that if interaction caps are increased, then the Hawai'i-based fleet will expand and cause another segment of the industry to contract.[7]  This theory depends on proving the international fleet responds to regulation of the Hawai'i-based fleet in the way

---

[6] As developed below, the scope of the economic inquiry into the spillover effect is too narrow.  The spillover effect studies cited by the National Marine Fisheries Service only examined the supply of swordfish from the shallow-set, long line segment of the international fleet and excluded the incidental catch.  Moreover, the studies assume that the fishing effort of the international fleet responds *only* to changes in U.S. regulation.  Since the industry's segments are composed of business organizations, it is likely that the combined fishing effort of the international fleet will expand or contract for economic reasons that may be unrelated to changes in U.S. regulations.  Accordingly, the studies relied on by the National Marine Fisheries Service are too narrow in scope to allow the spillover effect to be predicted and measured with reasonable certainty.

[7] If constraints are strengthened on the Hawai'i-based fleet, the argument goes, the international fleet will expand production.  This will cause a detrimental spillover effect.  If constraints are relaxed on the Hawai'i-based fleet the international fleet will contract and there will be a beneficial spillover effect.

assumed, the international fleet has an interaction rate that is higher than that of the Hawai'i-based fleet, and that the interaction rate will remain higher; and, if there is a decrease in swordfish catch by the international fleet, that all or some of the decrease would not have occurred otherwise.[8]

12.     The analysis to establish the existence and size of a spillover effect is complex.  This complexity makes it difficult to establish with reasonable certainty the existence and size of a spillover.  The tasks to do so include gathering data to describe the swordfish catch by segment and by type of gear, and measuring the effect relative to a benchmark of demand (*e.g.*, imports) or supply (*e.g.*, displacement).  The measures must account for the forces that influence purchases (*e.g.*, health effects, desires to protect turtles and availability of substitutes), and the forces influencing fishing effort (*e.g.*, net revenues), and include those forces that bring about entry into and exit from the industry.

13.     In my opinion, the economic studies in the administrative record are too limited to support the National Marine Fisheries Service's assertions of a *reasonably certain* beneficial spillover effect.  This is because the studies do not establish the response of *all* segments of the international fleet to a change

---

[8] Differences in relative efficiency provide one reason the international fleet may not respond to changes in regulation of the Hawai'i-based fleet.  The international fleet, for example, may not be able to expand without significant cost increases.  Or, cost increases may signal the international fleet to contract even if there is no change in regulation of the Hawai'i-based fleet.

affecting only the Hawai'i-based fleet, and the studies fail to adequately describe swordfish supply.  In fact, the economic studies do not consider the incidental segment at all.

14.     Omitting consideration of the incidental segment is a serious omission.  This is so because the incidental catch of swordfish is a large share of North Pacific production.  Its influence must be explicitly represented in the analysis.

15.     Amendment 18 to the Fishery Management Plan states: "It is likely that *most* of the swordfish catch in the North Pacific is caught *incidentally* in tuna long line fisheries by countries such as Japan, Korea, China and Taiwan." [9,10] Vessels that do not target swordfish, but catch them incidentally while targeting other species, may (or may not) alter the quantity of swordfish they bring to market if there are regulatory changes that enable the Hawai'i-based fleet to expand.

16.     The Hawai'i-based fleet provides only a small share of North and Central Pacific swordfish production.[11]  Within economics it is common to assume

---

[9] Amendment 18 to the Fishery Management Plan for Pelagic Fisheries of the Western Pacific Region at p.42.  N007752 (emphasis added).

[10] At N000775, a NOAA commenter on Chan notes: "[V]ery few of the foreign fleet actively targets swordfish.  Most of the swordfish catch is incidental to tuna fishing thus increasing US effort will have little effect on foreign fleets...." (emphasis added).  *See also* N000801.

[11] *Spillover effects of environmental regulation for sea turtle protection: the case of the Hawai'i shallow-set long line fishery*, January 2012, NOAA Technical

a small firm is a price-taker not a price-maker, and that its actions do not influence the market price or the output decisions of competitors.[12]  If this principle of economics applies here, then the vessels in the international fleet are unlikely to make a detectable response to changes in regulations affecting only the vessels in the Hawai'i-based fleet.

17.    The Hawai'i-based fleet was prohibited from targeting swordfish from 2001-2004.[13]  During this period U.S. swordfish imports increased.  Some have wondered whether this is evidence of a spillover effect.  The hunch is: reductions in Hawai'i-based swordfish sales caused an increase in sales by the international fleet that, in turn, caused a net increase in turtle hookings and entanglements.  These hunches may or may not be true.  Evidence must be developed if this view - that spillover effects exist in catching and selling swordfish - is to become anything more than a hunch.  Complicated investigations are needed to develop the evidence to conclude that there are *reasonably certain* beneficial spillover effects.  The

---

Memorandum NMFS-PIFSC-30.  See N001737.  See the chart at N001747 for the years 2005-2008.  Drafts of this document provide tables for global production.  See the October 21, 2011 draft N000508.

[12] The administrative record contains studies that assumed rather than established that a small part of the swordfish industry has material influence over the rest of the industry.  Below, I state my reservations about the data used to buoy this assumption.

[13] Biological Opinion, op cit. at N000016.

following necessary investigations are not found in the record and were not reported in the economic analyses.

18.    First, an investigation is needed to determine the contribution of other explanations for the observed increase in U.S. swordfish imports.  These other explanations include: reallocations among markets of the same quantity of catch by the segment of the international fleet that targets swordfish (*e.g.*, more is brought to the U.S. and less to Asia); reallocations among markets of the same quantity of catch by the segment of the international fleet that targets tuna and incidentally catches swordfish (*e.g.*, more is brought to the U.S. and less to Asia); coincidental changes in fishing effort by the international fleet to become more efficient or to adapt to relative price changes; and, coincidental changes in the preferences of U.S. consumers.

19.    Second, the hunch that *any* increase in imports *must* change the number of turtles hooked or entangled by the international fleet must be supported by data.  There are explanations for an increase in imports during the fishery closure that do not increase turtle hookings and entanglements.  Reallocation of the catch by the segment that targets swordfish, for example, would not change turtle hookings and entanglements because the same quantity of swordfish is caught; what changes is where the catch is sold.  Similarly, a reallocation of sales of incidentally caught swordfish would not change turtle hookings and entanglements because fishing effort remains the same.  The swordfish caught are incidental to

catching tuna.

20.     These changes - either alone or in combination -  may account for all or some of the change in U.S. imports.  Assertions that a change in regulation of the Hawai'i-based fleet will change imports on a one-for-one basis[14] must show that all other explanations do not account for any of the change in U.S. imports. The economic analyses in the administrative record do not do this.

21.     Even if an investigation that fairly characterized swordfish supply was able to develop data that show U.S. imports increased on a one-for-one basis during the 2001-2004 closure because of the closure, it still will not have proved that entanglements and hookings increased.  To prove that entanglements and hookings increased because of the closure, the investigation would have to show that the increase in imports came only from the segment that targets swordfish and not from the segment that catches swordfish incidentally (*i.e.*, the largest segment of the industry).

22.     Similarly, assertions that do not reference the change in U.S. imports in their claim of a spillover effect, assertions that are of the form that "if the Hawai'i-based fleet does not catch an extra metric ton of swordfish then the international fleet will," are making the same errors.  They are ignoring the other sources of sales (*e.g.*, incidentally caught swordfish).  They are failing to consider

---

[14] Biological Opinion, op cit p.75, N000075.

that the large international fleet may ignore the actions of the small Hawai'i-based fleet. They are failing to investigate if the international fleet is responding to forces other than the catch of the Hawai'i-based fleet.

23.     If the National Marine Fisheries Service is unable to rely on studies that find a stable, data-based, relation between the increase in interaction caps for the Hawai'i-based fleet and informed responses by all of the international fleet's swordfish segments, then their claim of a reasonably certain beneficial spillover effect cannot be sustained.

24.     The National Marine Fisheries Service, however, asserts that the increase in interaction caps will cause a reasonably certain spillover effect. Their assertion relies on economic analyses that assume the increase in interaction caps will expand the swordfish catch of the Hawai'i-based fleet. This expansion, it is assumed, will come at the expense of: (1) only one segment of the international fleet using gear that is relatively more harmful to turtles; and (2) will occur on a one-for-one basis.

25.     It is true that the Hawai'i-based fleet uses gear that is relatively turtle friendly; and, it is true that there are vessels in the international fleet that do not use this more turtle-friendly gear. So one of the necessary conditions for a beneficial spillover effect is met. But, the problem is this: the future catch of the international

fleet is influenced by factors that were not analyzed;[15] and, the future fishing effort of the international fleet might not be influenced at all by a change in regulation of the Hawai'i-based fleet.[16] Judging the results of the economic analyses as reasonably certain, then, is not well-founded, because the economic analysis neither properly described the industry,  nor considered other possible responses to the change in regulation.

26.     The National Marine Fisheries Service references support for its claim of a beneficial spillover effect to a study by Chan and Pan, 2012 (Chan).[17] Chan references a journal article by Rausser *et al*. 2008 (Rausser).[18] Both of these studies are in the administrative record.  In my opinion, these analyses do not fairly depict the supply of swordfish, and assume rather than establish the response of the international fleet to regulation of the Hawai'i-based fleet.

---

[15] The catch brought to market, as argued above, may increase because of an increase in sales of the incidental swordfish catch made by the deep-set long line segment targeting tuna; it may change because of a change in the costs of fishing; it may change because of a change in the price of tuna; it may change because of a change in the preferences of consumers.

[16] As argued above, the catch of the Hawai'i-base fleet is small relative to Western Pacific (and global) production.  The Hawai'i-based catch may not be a factor in the business decisions of the international fleet.

[17] Spillover effects of environmental regulation for sea turtle protection: the case of the Hawai'i shallow-set long line fishery, January 2012, NOAA Technical Memorandum NMFS-PIFSC-30.  *See* N001737.

[18] "Unintended Consequences: The spillover effects of common property regulations," Gordon Rausser, Stephen Hamilton, Marty Kouach, Ryan Stiffer, *Marine Policy*.  *See* 005594.

27.     Rausser analyzed the closure of the Hawai'i-based swordfish fishery from 2001 to 2004.  It observed an increase in U.S. imports of swordfish during the closure.  Although Rausser acknowledges the possibility that increases in U.S swordfish imports during the time of the closure closed might only be reflecting a mere shift in production from other areas, it proceeded to use the increase in U.S. imports *as if* the increase represented new production that was responding to the closure of the Hawai'i-based fishery.[19]

28.     Rausser does this by applying the interaction rates reported in its Table 6.[20]   These rates are for shallow sets (*see* column two of its Table 6).  In so doing, Rausser assumes that no (zero) incidentally caught swordfish are entering the U.S. market during the 2001-2004 closure.[21]

29.     The use of this assumption casts doubt on the existence and size of a spillover effect.  This is because the observed increase in U.S. imports during the

---

[19] Professor Scorse (N009066) comments that Rausser is unable to refute the hypothesis that the increase in international fleet production is just a continuation of trend.  This failure to demonstrate a connection means that the claimed existence of a spillover effect as well as quantitative estimates of such an effect may be based on a fallacy, namely, that because one event follows another then the preceding event caused the following event.

[20] *See* 005604.

[21] Amendment 18 (op. cit., N007752) reports that those targeting tuna catch swordfish incidentally and that this incidental catch constitutes a large share of the swordfish catch.  So it is likely that there are some imports into the U.S. that were caught incidentally by those targeting tuna.

13

closure could have resulted from reallocations of swordfish retained and sold by the incidental catch segment of the international fleet.

30.     Where Rausser analyzed a past regulatory change, Chan looks forward and attempts to predict the size of a future spillover from a future regulatory change.  Chan measures the size: (1) relative to imports; and (2) as a reduction in swordfish production (displacement) by a segment of the international fleet.

31.     Chan's measure of a possible spillover effect relative to U.S. imports has the same problems as the Rausser analysis.  Simply put, U.S. swordfish imports may change in response to factors not analyzed.  This omission lessens the likelihood that a beneficial spillover effects exists; and, if it does exist, it may be overestimated.  Analysis of changes in imports, then, cannot support a finding that a spillover effect is reasonably certain.

32.     Chan also measures the spillover effect as displacement.  Chan's claim is: if the National Marine Fisheries Service proposal is adopted, then the Hawai'i-based fleet will expand its swordfish catch using gear with relatively low turtle interaction rates.  It claims this expansion by the Hawai'i-based fleet will displace the catch of (one segment of) the international fleet that uses gear with relatively high interaction rates, on a one-for-one basis.[22]  So, fewer turtles will be

_____

[22] *Spill over effects… ibid* p.28 (N001770).

14

hooked or entangled.

33.    Although Chan tries to establish the ton-for-ton displacement response assumption, its analysis lacks the support of the data on which it is based; and, it fails to use a statistical model that explicitly incorporates the incidental catch. First, the aggregate data used in Chan may not be representing the catch that is incidental to tuna fishing.  The data published by the Food and Agricultural Organization of the United Nations and used by Chan doesn't report whether the swordfish were targeted or incidental.  Second, Chan compares data for the period 1991 to 2009 to arrive at the conclusion that the catch of the international fleet declines as the catch of the Hawai'i-based fleet expands.  But, the data for the Hawai'i-based fleet for 1991 to 2000 was collected during a period when there was mixed targeting and reporting, while the data after 2001 attempts to separate swordfish from other targets.[23]  Third, there was a swordfish fishery closure for the period 2001 to 2004.  So, the only representative data that compares Hawai'i-based swordfish catch to international swordfish catch are for 2005 to 2009.  This is too small a data set to draw a reliable conclusion.  Fourth, Chan's investigation uses a linear method that fails to represent the influence of the incidental segment.[24]

_____

[23] The unreliability and paucity of international fleet data are well known. *See* Biological Opinion at p.76 (N000076).

[24] The use of linear regression to examine the influence between the targeted segment of the international fleet and the Hawai'i-based fleet misses the influence

34.     Chan assumes the fishing effort of the international fleet will contract as the fishing effort of the Hawai'i-based fleet expands.  This is speculation.  Changing the level of fishing effort is only one of several ways the segments of the international fleet may respond, if it responds at all.

35.     First, there may be no response.  Given an increase in turtle interaction caps that results in an increase in the swordfish catch by the Hawai'i-based fleet, the catch of the international fleet (targeted plus incidental) remains unchanged.  Global production expands.[25]  There is no displacement.  If no displacement occurs, then there is the same amount of swordfish caught by the international fleet.  There is no change in the number of turtle interactions by the international fleet.  There is no spillover effect.

36.     Second, the incidental catch segment may respond with a decrease in retention and sales.  Given that an increase in interaction caps results in increased swordfish sales by the Hawai'i-based fleet, the response may be a decrease in

of the sales made by the incidental segment of the international fleet.  A multiple regression approach that could explore relations among several variables would have been more appropriate.

[25] This may happen because the international fleet may not observe the level of effort of the Hawai'i-based fleet; or, the international fleet may observe the increase in sets of the Hawai'i-based fleet and do nothing because the Hawai'i-based fleet is not important to it.

16

retention and sales of incidental swordfish caught from deep-set tuna fishing.[26,27] To the extent that this occurs, there is no change in the number of turtle interactions by the international fleet that targets tuna.  There is no spillover effect.

37.    A third response is for some vessels in the international fleet to use the same gear as the Hawai'i-based fleet.[28]  To the extent that these vessels fish the same area as the Hawai'i-based fleet - which is enormous - and use the same type of gear as the Hawai'i-based fleet, there is no spillover effect.

38.    Fourth, there may be a decrease in fishing effort by the international fleet that happens regardless of a regulatory change affecting Hawai'i-based vessels.[29]  In this case there is a decrease in international fishing effort, and a

---

[26] The administrative record does not provide estimates of the level of swordfish that are caught incidental to tuna targeting vessels.  Amendment 18, however, reports that most swordfish caught in the Pacific are incidental to tuna catch.  N000752.

[27] The record does show that the Hawai'i-based fleet that targets tuna had in 2005 an incidental catch of swordfish and kept approximately 83% of the catch and discarded 17%.  There were seasonal variations in the share retained or discarded. *See* N008341, N008344, N008347, N008350.

[28] There are efforts underway to reduce the interaction rates of the international fleet. *See* Biological Opinion, op. cit. at N000060.  If successful, these efforts will eliminate the supposed spillover effect because all gear will be turtle-friendly.

[29] *See* "Searching for optimal economic fishing effort for swordfish by Japanese distant water long line fishing vessels," Ishimura, G. *et al*.  ISC Working paper. Jan 2011 Honolulu, HI http://www.pifsc.noaa.gov/library/pubs/ISC11BILLWG1_WP13.pdf.  This study suggests average fishing effort (in fishing days per trip) in the North Pacific

decrease in turtle interactions, but the changes are the result of market forces and not the result of a regulatory change.  The decreases are coincidental to the regulatory change.  There is no spillover effect from the regulatory change.

39.     There may not be data of sufficient quality to consider these responses.  This does not mean that these responses can be dismissed as non-existent or as having no bearing on the existence or strength of a spillover effect.  It does mean that a spillover effect cannot be established with reasonable certainty.

40.     Chan gathers data on interaction rates for shallow-set lines for different flags in the international fleet.  It compares estimated international shallow-set interaction rates with estimated interaction rates in the Hawai'i-based fishery.  It uses these rates to calculate the expected difference in turtle interactions for all oceans and for the North and Central Pacific.  It finds that in the North and Central Pacific an expected decrease (a beneficial spillover effect) of two hundred twelve interactions.

---

swordfish longline fisheries is not economically optimal and reductions in effort may bring economic benefits.

41.   The biological opinion acknowledges at N000076 that reliable data necessary to calculate any spillover effect with precision is simply not available:

> …because the data on foreign fisheries is likely incomplete or inaccurate, foreign fishery bycatch rate estimation is imprecise. In addition, the expected number of sea turtle interactions with foreign fisheries that would have occurred but for the proposed action cannot be confirmed by direct observation. Therefore, for purposes of our spillover effects analysis, we do not believe the projected reduction in mortality numbers based on interactions avoided by foreign fisheries are at a level of precision as those data we analyzed for the direct effects of the proposed action (i.e., interactions observed with 100% observer coverage in the Hawai'i shallow-set fishery). For these reasons we do not incorporate the numerical determination of sea turtle mortalities that will be avoided as a result of the spillover effect in our quantitative PVA (Population Viability Assessment) models.

42.   The available data and the economic analyses in the record are unable to conclude with reasonably certainty that a spillover effect exists, or its size.[30] Right now all that can be fairly said - given the data and the existing modeling efforts - is that this theoretical spillover effect that began as a hunch is at best a possibility.  To be established as reasonably certain this beneficial spillover effect needs to be investigated with analyses that are based on data that includes

---

[30] For the spillover effect to fail to exist it is not necessary that all swordfish displaced by the expanded Hawai'i-based fleet come from incidental catch.  For the spillover effect to fail to exist what is necessary is that there be some combination of incidental swordfish catch and some reallocation among markets of targeted swordfish catch.

incidentally caught swordfish, [31] allows for variations in catch and sales that reflect market-induced changes, establishes the reactions among producers, and allows for portions or all of the international fleet to change gear.  Only after these investigations are completed can conclusions about spillover effects be evaluated to determine if they can be considered reasonably certain and included in the evaluation of policies to protect endangered species.

Executed on this _11th_ day of July 2013.


    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Michael Kavanaugh, Ph.D.

---

[31] The incidental swordfish catch is important.  It is a substantial component of all international swordfish catch entering the U.S. market, and by definition it is not going to be influenced by changes in regulation of the Hawai'i-based fleet that targets swordfish with shallow-set long lines.

20